SHOP   FORUM   MORE   SUBMIT    Join   Login

Share   Share   Tweet   Pin

# Does anybody care about me anymore?

by gottemsquickfoot, Mar 15, 2016, 11:19:04 AM
Journals / Personal

Well, this is my so called watchers. I've taken all the hints from you and finally realized none of you care about my work to even offer me the comments or critique on it needed to improve. If I do group projects like my createspacian deck journal, everyone will pretend I don't exist since they never cared about me as a person, only wanting me to produce things so they can go, "hey, that's neat," fave it and run away cause they don't actually care about the person who makes the thing, only paying the barest minimum of attention to the things that do show up on here due to having the attention span of a gerbil on crack.

I know stupid shitty drama journals like these don't help anybody but they do get noticed which is what I desperately need. I need to feel like the stuff on do on here and furaffinity actually matters and that I'm not just making stuff for a faceless horde that wouldn't even care if I got cancer or a relative died.

There is also a large part of me that is considering deleting everything on my furaffinity account and on here and just getting a life outside of the internet since it's clear this outlet of getting friends is not working and has not worked once for several years.

So the question here is this. If I were to die right this very second, how many of you, my watchers would actually care that I was gone as a person and not as a way to get shitty stories and profiles for free.

72 Comments

### Does anybody care about me anymore?
by gottemsquickfoot
Journals / Personal   ©2016-2018 gottemsquickfoot

atch

**Add a Comment:**



---

 **Haloforever531**   Edited Mar 16, 2016   Hobbyist Writer

... Let me tell you this right now.
I speak for everyone here.
Not just me, but silvia, Dreamer, Midrigo..... WE ALL CARE ABOUT YOU!

You're our friend, and we care about how you feel.

Please, don't go down that road again.
You're life is just starting, and I want to be able to actually talk with my first DA friend in person 10 years from now.
Just because we don't comment on something, or fav it, it doesn't mean we don't care. We love your work! Me personally, it's thanks to your work I can smile on days when I should be crying.

I lost my grandmother two year ago..... My dad is moving to Canada in a few weeks......

I don't want to lose one of my only other friends....

Unlike most people.... I don't have hardly any friends irl....
Look... the point is, we appreciate your work, and we want you to keep at it.
You've inspired so many people, and you even help midrgo out as well.
For me..... your my one of my closest friends here.... and I don't know what I would do if you left....
So please, please don't leave us....

Me personally... I won't deny, i'm one of those people who hasn't commented on alot of your work... But, that's only because I don't have the confidence to give a critique on your work..... I'm not half the writer you are. So I don't feel like could help all that much...

However... in light of this journal.... I'm going to try....

If you wanna talk about it more, we could skype if wanted to. My skype is sorarocks531.

I'm gonna be trying to skype with silvia later today.

Anyways, I care about your work, and I want to help you be a better writer. If you'd want me to, I'll try and be more active here.

JUST PLEASE!! DON'T QUIT!
I DON'T KNOW WHAT I'LL DO IF YOU LEAVE!!.... ;^;

Reply

---

 **gottemsquickfoot**   Mar 16, 2016   Student Writer

---

### More from gottemsquickfoot

**future plans** — hey, everyone, here's that journal I promised that detailed my future plans.

**hello again** — hey, been having some personal issues that I will talk about in private if anyone asks.

**journal for the new year** — Hey, everyone, just letting you know that I have rather lost interest in

**more updates** — Hey, everyone, I am still around. I have completed some of the updates for my

**update and request game open** — hey everyone, sorry for being so inactive on here lately. I've

**suggestions open** — If anyone has suggestions for characters they want to have as monster

**I made a thing** — Hey, here's a little idea I had for getting ideas flowing for story

**extended hiatus continues** — hey, everyone. Still feeling depressed and generally

**fears** — today, I'd like to discuss something very personal, a problem I've had for years

View Gallery

### More from DeviantArt

**Jackson Hyde**

**COMMISSIONER LIST COMMISSION INFORMATION AND PRICES HERE**

**Wielki Konkurs Urodzinowy - tydzien do konca!** — Przypominamy:

**Positivity Project!** — What is it? Recently, I've noticed that there is a lack of positivity in

**Skeff is out!** — Hey DeviantArt! Hope you haven't forgotten me, it's been a little while.

**[Clutch Corral]** — "The freedom to play" After working hard with your Pokemon by

**[Evo Hall and Merch Usage]** — "The freedom to play" 'Evolving a Pokemon may or may not

**Commissions (OPEN)** — Hi everyone,●●●, UPD: I

**Breeding** — Breeding your Stryx is a big decision! Here are a few guidelines to follow when

Browse More Like This · Shop Similar Prints

### Featured in Groups
Not currently featured in any groups.

### Details
Submitted on   March 15, 2016
Link
http://fav.me/d9vbpz8

**Thumb**
:thumb596810564:

Reply
It's done. I've obsessed over this site for too long and it's probably best to end the obsession right now. You're request for contact in skype has been granted.

**Stats**

| | |
|---|---|
| Views | 1,786 (3 today) |
| Favourites | 0 |
| Comments | 72 |



**silva592** Mar 15, 2016

you know to be honest I would take the other guy's advice, if you want change in your life you have to be the one to seek it out, I didn't go to collage because I had to or I was made to, I wanted to go so I could start to do something with my life so i could do something with my life. event the damn road to college was hard and I want to be a comic book artist myself to tell the story I have envisioned of my characters, I even want to keep improving my own art to strive for that goal. I honestly can't count the amount of times I've wanted to draw, even when I've been stupid and worked myself into the ground. I don't' even want to go into the Drama I've cause on the way there the less said on that the better. The point at the end. if you honestly want change in your life, like in my experience wanting to strive to do something with your life You Your self have to be the one who Seeks that out. that is all I'm going to say on this.

Reply



**gottemsquickfoot** Mar 16, 2016 | Student Writer

Improve? For what? For a crowd of people who don't even care if you're alive?

Reply



**DreamerDon** Edited Mar 15, 2016 | Hobbyist General Artist

Jamison.

If you want change, then don't demand it. Make it happen. If you would like, I can be brutally honest with you. Not only in your monsters, but in your stories. The reason why I haven't because I value our friendship.

I have an excerise for you and it's going to be a bit different if you're interested.

Reply



**gottemsquickfoot** Mar 16, 2016 | Student Writer

Forget it. Since no one cared about what I made. I've decided to delete all of the pointless garbage I made and ditch this site. You won't even notice that I'm

Reply



**DreamerDon** Mar 16, 2016 | Hobbyist General Artist

Ok, but I'm gonna send you a note before you do.

Reply



**silva592** Mar 15, 2016

I honestly would grieve and miss you if you were gone. I like to consider you a good friend.

Reply



**gottemsquickfoot** Mar 16, 2016 | Student Writer

Consider our friendship over at this point. I've realized the pointlessness of it all.

Reply



**silva592** Mar 16, 2016

I Highly disagree with that, but I'm not going to force you to change what you've done. I'll give you space right now. I'll be here if you need me.

Reply



**Nico-The-Serperior** Mar 15, 2016

I would care; I would miss you.

Don't assume nobody gives a fuck about you, because I do.

I always have and will care about you.

The reason I don't respond? **Life.** Life has been such a thing for me.

You should stop assuming things, because I've been with you ever since you fell out with me many times.

Yet you always came back.

Because you know that I'm a good friend.

Reply

**gottemsquickfoot** Mar 15, 2016 | Student Writer

And what about that gift I made for you on your birthday just because I knew you'd want to see it? You never even glanced it because of your own personal life. You don't need my shitty drama. What you need to do is to enjoy your own life and forget about a worthless failure like me.

Reply

**Nico-The-Serperior** Mar 15, 2016


Again: I had to go out that day, so I forgot to see it. Apologies for that.

Can you link it to me again?

Reply

 **gottemsquickfoot** Mar 15, 2016 | Student Writer

Expanded summon chants: gottemsquickfoot.deviantart.co...

Then and now profiles part 1: gottemsquickfoot.deviantart.co...

Then and now profiles part 2: gottemsquickfoot.deviantart.co...

Then and now profiles part 3: gottemsquickfoot.deviantart.co...

One thing to note is all of these have links to the others in the description so even if you miss one of the links you can find the others fairly easily.

Reply

 **CrazedFloof** Mar 15, 2016 | Student General Artist

I would care.

Reply

 **gottemsquickfoot** Mar 15, 2016 | Student Writer

Barely anyone else would though. There is no point in trying to make things online since no one will give a fuck either way.

Reply

 **11buddy14** Mar 15, 2016

Oh I would care. I comment on your stuff and really like your decks! They're cool! Now I don't comment on all of them but I do comment. So of course I would care if you died! I love watching your art and stories and awesome creatures you post 😊

Reply

 **gottemsquickfoot** Mar 15, 2016 | Student Writer

Great. Another person who will tell me I'm a awesome person when I'm actually a shitty asshole and will say a lot of things about helping me but never actually does anything to help in the first place.

Reply

 **11buddy14** Mar 15, 2016

Aww come on. I think you are very creative with your characters and decks :3 I legitimately love to see your stuff you post 😊

Reply

 **gottemsquickfoot** Mar 15, 2016 | Student Writer

Well, I've stopped caring about what I make for here. The constant stream of apathy and contempt everyone gave me over my time on here pretty much showed me the truth of how meaningless it is to actually try to make stuff for watchers to enjoy on here since they flat out won't give a fuck about it no matter what it is.

Reply

 **11buddy14** Mar 15, 2016

You keep saying nobody will give a fuck about your postings. But I do. That means there is at least one person who cares.

Reply

 **TomboyJessie13** Mar 15, 2016 | Student General Artist

I do care! But if this happened then I blame myself for this.

Reply

 **gottemsquickfoot** Mar 15, 2016 | Student Writer

Do whatever the hell you want. No one else will care about me after this shit is done.

Reply

 **TomboyJessie13** Mar 15, 2016 | Student General Artist

Please don't be like this!

Reply

 **gottemsquickfoot** Mar 15, 2016 | Student Writer

I've been feeling like this for months. Now this is the part where I scream out into the uncaring void in a desperate hope that people will actually notice.

Reply


**TomboyJessie13** Mar 15, 2016 | Student General Artist
Well I do notice

Reply


**gottemsquickfoot** Mar 15, 2016 | Student Writer
Will anyone else besides the people who put up with my shit on here? That's the real big question.

Reply


**TomboyJessie13** Mar 15, 2016 | Student General Artist
I don't know

Reply


**gottemsquickfoot** Mar 15, 2016 | Student Writer
Then you're just like the other idiots who commented on this thing. Talking about how much you pretend to care but doing nothing to actually fix the problem.

Reply

(1 Reply)


**StatenTheGargoyle** Mar 15, 2016 | Hobbyist Writer
I care. It's just I've been busy with my own projects and work and shit, so yeah.

Reply


**gottemsquickfoot** Mar 15, 2016 | Student Writer
But barely anyone else cares, and that's what's killing me. It seems like no matter what I make on here, no one will ever notice.

Reply


**StatenTheGargoyle** Mar 15, 2016 | Hobbyist Writer
ADVERTISING! Shit, dude do something to promote your shit. Create a new series or something! Stop bitching about how no one cares when you know you have friends to back you up.

I havenfriends who dont care of somethings I write, but do you see me going all "One Versus All" on them?

Reply


**gottemsquickfoot** Mar 15, 2016 | Student Writer
Yeah, I've had a lot of people advertising the createspacian journal to help me out. Do you know what happened instead? NO ONE FUCKING CARED. I've made dozens of stuff, and worked hard on it, tried to get people interested and no one has even pretended to care. If you keep trying to suggest bullshit methods that I've tried to use and failed at, I'll block you for wasting my time.

Reply


**StatenTheGargoyle** Mar 15, 2016 | Hobbyist Writer
Then I don't what to tell ya, Jamie boy. You're on your own.

Reply


**gottemsquickfoot** Mar 15, 2016 | Student Writer
I've always been on my own lately. It's a nice way to show how hopeless I am at doing things without someone to guide me.

Reply


**StatenTheGargoyle** Mar 15, 2016 | Hobbyist Writer
Hit Hard and Hit Often.
But seriously stop beating yourself up for no reason. It's uncool.

Reply


**gottemsquickfoot** Mar 15, 2016 | Student Writer
The reason is that I'm sick of no one caring about what I do. At it's core, this journal was nothing more than a shitty ploy for attention just like all of my other work on here, only this is the only one I can actually call a success unlike the rest of my work on here.

> Everyone considers it little better than shit since no one even pretends to care that I made it because I thought other people would like to see it.
>
> Reply

(1 Reply)


**Kit-The-Wolfy** Mar 15, 2016 | Student General Artist
I do care. If you were gone, I'd be devastated. Your life is a thing of such astronomical value.

Reply


**gottemsquickfoot** 🎯 Mar 15, 2016 | Student Writer
To everyone on here, my life has no value, not even as a trolling target. I just don't see the point in making stuff for the internet if the people who see it just consider it so ordinary that it doesn't merit anything, not even a single look, fave, or comment.

Reply


**Kit-The-Wolfy** Mar 15, 2016 | Student General Artist
I understand. I've experienced that feeling often as well. But your life has a singular objective value to it that can't be denied by the actions of a faceless swarm of Internet denizens. Please remember that, and remember that what you do, you do for yourself as much as for others. I understand that may be cold comfort, but it's the only real advice I can offer. I'm here for you, Jamie. You're a good man who doesn't deserve this apathetic response. I'm also sorry if I've perpetuated it in any way, but I assure you, I cherish everything you make, even if it isn't to my personal taste.

Reply


**gottemsquickfoot** 🎯 Mar 15, 2016 | Student Writer
That lie is no longer worth anything to me. I made everything in hopes people would like it and the fact that no one has actually liked anything I have ever done proves that my life has no value or meaning.

Reply


**Aritori** Mar 15, 2016
I care about you! For some reason we never chat, but I do enjoy your work and you.

Reply


**gottemsquickfoot** 🎯 Mar 15, 2016 | Student Writer
No one else does though. The vast majority of my watchers wouldn't even notice if I made a journal saying I had six months to live. They'd move on to some other retarded dumb ass who hasn't learned that webistes like this are just made for retards with no lives like me.

Reply


**Aritori** Mar 15, 2016
I know... I feel the same way at times...

Reply


**gottemsquickfoot** 🎯 Mar 15, 2016 | Student Writer
And the fact you haven't pulled a stunt like this at least once, says your a far better person than me. Just forget about me and let me fail and realize how hopeless it is to actually try to do stuff on here.

Reply


**Aritori** Mar 15, 2016
No... You're a good friend and your work is enjoyable to me...I don't want to leave you.

Reply



**gottemsquickfoot** 🎯 Mar 15, 2016 | Student Writer
Well, there's a large part of me that just wants to burn everything I ever made on here and what I planned for here due to how utterly pointless it was in making all of it.

Reply



**Aritori** Mar 15, 2016
I'm sorry to hear... I feel the same sometimes...

Reply


**Joelowes** Mar 15, 2016
I'm so sorry I meant to spread the word about your create spacing deck but I forgot

Reply

**gottemsquickfoot** Mar 15, 2016 | Student Writer

Do it now or you're just like the other people who couldn't care less if I'm alive.

Reply

Previous | 1 | 2 | Next

Add a Comment:

©2018 DeviantArt. All rights reserved

About  Contact  Developers  Careers  Site Tour  Help & FAQ  Advertise  Core Members  Etiquette  Privacy Policy  Terms of Service  Copyright Policy