| | Q | SHOP | FORUM | MORE | SUBMIT | | Join | Login |

Share | Share | Tweet | Pin

# Farewell

by gottemsquickfoot, Mar 16, 2016, 5:47:58 AM
Journals / Personal

I've decided to delete everything on here and what I was planning to do after coming to a realization on here. During my time on here, I worked hard on what I wanted to show everyone on here and tried to be original and helpful wen people had their own thoughts on it but no one cared about it in the first place. But when I grew completely frustrated and angry at how pointless everything was, people rushed forward to appease me because I was being a dick.

When it comes down to it, I can't be senselessly cruel to everyone on here just for the attention so I've decided to give up on creative writing entirely. I will be finishing deleting everything I made on here after a psychiatric appointment since it never would have recieved much praise anyway because no one would have cared or noticed until I reached a crisis moment like yesterday and this morning. If anyone, wants to contact me, they can do it through my skype account. jamie.collins@gmail.com

Good bye everyone. I wish I could have held out longer and not give up on my hopes of interesting you all but I guess that was a hopeless dream right from the start.

I have entrusted my monster creations to Dreamerdon with my digimon, pokemon and super hero ideas to Kit-the wolfy and wolf prince leon if they managed to save any of these stupid idea.

Farewell

9 Comments

### More from gottemsquickfoot

**future plans** — hey, everyone, here's that journal I promised that detailed my future plans.

**hello again** — hey, been having some personal issues that I will talk about in private if anyone asks.

**journal for the new year** — Hey, everyone, just letting you know that I have rather lost interest in

**more updates** — Hey, everyone, I am still around. I have completed some of the updates for my

**update and request game open** — hey everyone, sorry for being so inactive on here lately. I've

**suggestions open** — if anyone has suggestions for characters they want to have as monster

**I made a thing** — Hey, here's a little idea I had for getting ideas flowing for story

**extended hiatus continues** — hey, everyone. Still feeling depressed and generally

**fears** — today, I'd like to discuss something very personal, a problem I've had for years

View Gallery

---

**Farewell**
by gottemsquickfoot
Journals / Personal  ©2016-2018 gottemsquickfoot

atch

Add a Comment:


**silva592** Mar 16, 2016
I hope you find you way man. I wont try and stop you.
Reply


**Kit-The-Wolfy** Mar 16, 2016 | Student General Artist
Best wishes. I won't try to stop you from going, if this is what you think is the right thing to do. Farewell, and may your footsteps take you to a brighter place.
Reply


**TomboyJessie13** Mar 16, 2016 | Student General Artist
So this is it? Your leaving this place?
Reply


**gottemsquickfoot** Mar 16, 2016 | Student Writer
yes. I'm fucking sick of all the apathy and contempt I got for being nice and creative.
Reply


**TomboyJessie13** Mar 16, 2016 | Student General Artist
If you choose to leave to find better people then it's ok, but just remember that I will miss your company, and your writing is amazing

The only reason I kept silent is because I don't wanna hurt your feelings by saying something that might offend, but I guess that was too much to ask
Reply


**gottemsquickfoot** Mar 16, 2016 | Student Writer
But you could have said something. Yet you chose not to. Thanks for showing how much support you're willing to offer to a "friend,"

### More from DeviantArt

**Jackson Hyde**

**COMMISSIONER LIST** — COMMISSION INFORMATION AND PRICES HERE

**Wielki Konkurs Urodzinowy - tydzien do konca!** — Przypominamy:

**Positivity Project!** — What is it? Recently, I've noticed that there is a lack of positivity in

**Skeff is out!** — Hey DeviantArt! Hope you haven't forgotten me, it's been a little while.

**[Clutch Corral]** — "The freedom to play" After working hard with your Pokemon by

**[Evo Hall and Merch Usage]** — "The freedom to play" 'Evolving a Pokemon may or may not

**Commissions (OPEN)** — Hi everyone, UPD: I

**Breeding** — Breeding your Stryx is a big decision! Here are a few guidelines to follow when

Browse More Like This · Shop Similar Prints

### Featured in Groups
Not currently featured in any groups.

### Details
Submitted on  March 16, 2016
Link
http://fav.me/d9vey2m
Thumb
:thumb596961022:

Reply

**TomboyJessie13** Mar 16, 2016 | Student General Artist
I'm very sorry, but I'll miss you

Reply

**FK-Central** Mar 16, 2016 | Hobbyist General Artist
Well I hope things get better for you in the near future. Take care, alright?

Reply

**gottemsquickfoot** Mar 16, 2016 | Student Writer
I will.

Reply

Previous    Next

**Add a Comment:**

Stats
Views       1,807 (4 today)
Favourites  0
Comments    9

©2018 DeviantArt. All rights reserved

About  Contact  Developers  Careers  Site Tour  Help & FAQ  Advertise  Core Members  Etiquette  Privacy Policy  Terms of Service  Copyright Policy