Share   Share   Tweet   Pin   ▾

# I literally didn't expect this.

by DreamerDon ⊙ , Mar 27, 2017, 9:11:31 PM
Journals / Personal

### *"Anger begets anger"*

I know that Jamison Collins, aka Gottemsquickfoot, is trying to rile up everyone in his **"why I now despise dreamerdon"** journal entry.  It literally took me by surprise. Am I angry at him for posting something like that?  Well... Yes, I'm pissed beyond belief.

But that's not going to help a thing.  I will not respond in anger.  So I will start from the very beginning:

I originally blocked Charles Paulk, aka Silva592, for a situation not because of the character Nanny.  It's because of the conversation that he and I had about my character Rachel. The conversation quickly turned to Silva and me arguing semantics on whether Rachel could escape from the predicament Silva put her in.  I was in favor of her escaping. He was adamant on her not.  And that's where the problem was.  He was taking my own character which I created from scratch, even her race was created from scratch, and trying to tell the owner how he believes she should act.  That is a huge slap in the face for me. So I blocked him and told him not to draw Rachel ever again.

Now upon said block, Silva was part of Plushie-Attack, a group I founded to have a community home. I refused to throw him out of the group stating that he had done nothing wrong there.  He then left the group and came back asking for his old position back.  The group voted and he was reinstated.  No questions asked. Then one day he posted this:

> "you know I feel I've been needing to say something for a long time now.
> some one can choose to keep me blocked for a entirety for all i care, someone can choose to never want to talk to me for the crap I said in that email stuff like I will never get to drawing your character or what ever the heck it was its been too long I can't even remember a this point. but regardless I have no intention on wanting to speak to that person ever especially if they viewed me as utter scum though all that hell I put myself in during the summing, mind you at the beginning of June a co worker quick and it was just me and a worker and one of the main reasons I suffer from wrist pain was due way back in 2013 when I was too draw happy at work and having to tag clothes and learning the hard way that those two don't mix well, now imaging with those factors in mind putting myself through art improvement around the time the last monster challenge came out doing hard research on youtube to learn how such things as perspective and how the process of making comics and others things like 3 point perspective while having to subject myself to both sorting clothes and tagging them and taking them out, on top of that with work conditions getting gradually worse around the time some said no to a comic Idea i was wanting to do that was way too ahead of its time, I was not taking care of myself letting my body get to the point of having iron javelin spikes through out my whole body and forgetting I had bills to pay like a idiot, that was one mistake I never intended to do again. now if this person even once though I put myself through that hell on earth because of a b s obsession, well they said they did respect me well I hate to shatter that statement but would of been the ultimate form of disrespect  that person could of ever given me enough to make me never want to ever talk to them or let along speak with them, I'm fully aware on how i acted and I know for a fact this person has all the right to shun me but one was said at one time is not the sole driving force on what may lead someone like me to put me though that, I didn't learn the skill I was aiming for but I gained something else. And also if this person is still thinking I have a none existent obsession with them, do you really view me that much of a eye sore, then why do you even keep me around, I will tell you I will never seek to be unblocked by them nor will I ever seek them out on any site ever, I've already purged them from my gmail and skype ages ago and i no longer need them in anyway for art improvement. I am fully aware some of my stupid actions during the summer only fueled this stereotype and I would tell them just be lucky you don't have to deal with the reality of having your future stolen away form you if you decided you wanted to ink a picture, to be honest having my house and my ability to move my life forward would never be worth it, and that person do well to remember that. I will only lend my support to this person should they be willing to seek me out, but I will not in any way shape or form go out of my way to do so, and as for the challenge continuation I have no reason to care about that, besides about being blocked but my characters will never be in that situation and I"m fully aware of this.  this has been something I have been needing to get off my chest for a while you can demote me for posting this here but if  you truly view me as a creep then all the hard work I put into improving my art learning new things, all those hours of exhausting research, the motivation of a absolute freak. I've had to live with this shackle and I can feel more at peace finally saying this once and for all. " ~Silva592

It was at this time that I banned him from the group.  Not before.

At the time, Gottem was going through ups and downs and quitting DeviantArt almost every month.  In March 2016, I asked for the rights of Nanny so that the community wouldn't lose such a great monster and he gave them to me.  In fact, he gave me all his monsters:

## ⚙ More from DreamerDon ⊙

| | | |
|---|---|---|
| **March update on Goals for 2018**  | **2018 Goals**  | **Yearly Stats for 2017** <br> Hello everyone, I apologize that this is 30 days late.  My previous |
| **Post-DMCA strikes** <br> Hi guys, So if you haven't been following me since two days | **The Hell?** <br> You leave a guy alone for so long and then he just attacks you.  On multiple fronts. | **Sooo... Merry Christmas, I guess...** <br> You have to love the holidays.  In case I don't see |
| **The rules to the redraw poll** <br> The rules Every week I will post a redraw poll | **Name on Streaming** <br> Hi guys, An issue came up during BabyPhoebe1991 stream last | **Passing of a Legacy** <br> Hello Everyone, I write to you to tell you that the Google Account |

View Gallery  ·  View Prints

## More from DeviantArt

| | | |
|---|---|---|
| **Jackson Hyde**  | **COMMISSIONER LIST** <br> COMMISSION INFORMATION AND PRICES HERE | **Wielki Konkurs Urodzinowy - tydzień do konca!** <br> Przypominamy: |
| **Positivity Project!** <br> What is it? Recently, I've noticed that there is a lack of positivity in | **Skeff is out!** <br> Hey DeviantArt! Hope you haven't forgotten me, it's been a little while. | **[Clutch Corral]** <br> "The freedom to play" After working hard with your Pokemon by |
| **[Evo Hall and Merch Usage]** <br> "The freedom to play" 'Evolving a Pokemon may or may not | **Commissions (OPEN)** <br> ✦ ❆ ❆ ❆ ❆ ❆ ❆ Hi everyone,.•∘•, UPD: I | **Breeding** <br> Breeding your Stryx is a big decision! Here are a few guidelines to follow when |

Browse More Like This  ·  Shop Similar Prints

## Featured in Groups

Not currently featured in any groups.

## Details

Submitted on     March 27, 2017
Submitted with    Sta.sh Writer
**Link**
http://fav.me/daxt56s

**Thumb**
:thumb661448836:

# Farewell

by gottemsquickfoot ⊙ , Mar 16, 2016, 7:47:58 AM
Journals / Personal

Stats
| | |
|---|---|
| Views | 866 (2 today) |
| Favourites | 0 |
| Comments | 26 |

×

I've decided to delete everything on here and what I was planning to do after coming to a realization on here. During my time on here, I worked hard on what I wanted to show everyone on here and tried to be original and helpful wen people had their own thoughts on it but no one cared about it in the first place. But when I grew completely frustrated and angry at how pointless everything was, people rushed forward to appease me because I was being a dick.

When it comes down to it, I can't be senselessly cruel to everyone on here just for the attention so I've decided to give up on creative writing entirely. I will be finishing deleting everything I made on here after a psychiatric appointment since it never would have recieved much praise anyway because no one would have cared or noticed until I reached a crisis moment like yesterday and this morning. If anyone, wants to contact me, they can do it through my skype account. jamie.collins@gmail.com

Good bye everyone. I wish I could have held out longer and not give up on my hopes of interesting you all but I guess that was a hopeless dream right from the start.

I have entrusted my monster creations to Dreamerdon with my digimon, pokemon and super hero ideas to Kit-the wolfy and wolf prince leon if they managed to save any of these stupid idea.

> Farewell

At this point, all monster creations were transferred to me. But before his departure, Gottem brokered a deal between Silva and myself that allowed Silva to continue his art practically unabated. All he had to do was not draw Nanny; he could draw Nanny Jojo as much as he wanted. This was all on March 16, 2016.

He quit for so long and came back. His next bad down got me so worried that I ended up calling the suicide hotline on his behalf. They couldn't help as they are locally sectioned; so I pleaded with Gottem to give them a call. He threw it back in my face literally. I felt so stupid for even trying to help him. So I blocked Gottem until he got help AND showed signs of improvement.

Well, I was stumbling through Silva's artwork sometime last year and found that he took the two original pieces that he did of Rachel, inked them and then uploaded them. I filed a DMCA notice on both. The matter was resolved so I continued on with my life. It was not until Cotton-CandyAnnie's contest that he requested Annie to draw him a ripoff version of Nanny. Annie refused and told me about the ripoff request so I paid another visit to Silva's profile where I found out that he was gonna do a story that had an alternate version of Nanny in the pre-story. I also found three drawings of Nanny there. Through Annie, I denied him the use of Nanny in the story.

> DreamerDon said the following:

> "No."

> ----------

> Cotton-CandyAnnie said the following:

> "could you ask him for me if he could be willing ot allow the nanny character nanny prime to exsist. this is only other nanny character Intend to make. the reason I created her in the first place was to fix certain stories into the nanny jojo cannon. I have a fixed fate for her. if he says no I will honor his work but I need this character to fix the mess that is currently my nanny jojo cannon. the story is a mess and this characters exsistance is a way to fix. that I wasn't trying to break copyrights and what have you. I will ask Jamison if it's ok and ask Jamison to talk with him about it if its okay if that needs to happen."

> From Silva

> ----------

I turned him down because he decided to do it without asking me. If he had someone be a middle party, we could've come up with a solution that would have worked for his benefit. Communication is a two-way street.

He then turned around and threatened Annie:

> ----------

> Cotton-CandyAnnie said the following:

"Stop working as a middle man for Dreamer Don or else there will be severe consiquences"

----------
DreamerDon said the following:

What did he write?

----------
Cotton-CandyAnnie said the following:

Tell him what? ;3

He also threatened me sooooo

Now I can understand people being pissed off at me. That's fine. You can be angry all you want but when you start threatening people when you don't like the answer... Well, at that point, I have no sympathy for you. So I quoted him on breach of agreement and hit him with a cease and desist letter.

Which that brings me up to the current issue: Gottem's journal.

Gottem,

I'm sorry that you ended up despising me. It's truly unfortunate. If you believe me to be two-faced, that's perfectly fine. I accept the fact that you think that of me. But I have not been harassing Silva. In fact, I don't want anything to do with him. Why would I waste the time? In fact, I have little time to begin with. I work a full time job that forces me to work ridiculous amounts of overtime, while trying to start a martial arts school. During the week, I only get 2-4 hours of sleep.

As to you no longer following me, I'm afraid that I blocked you back in October 2016 for the suicide attempt fiasco. You haven't been following me since then.

But now, I must be very serious. "Punishments"?

This is literally the third time you have tried to reclaim these rights from me. Sad truth is that they aren't your characters anymore. I refuse to transfer any ownership of the following characters:

Clara
Alfred
**Princess Cuddles - updated monster**
**Aqua Sage - updated Monster**
**Captain Kitsune - updated Monster**
**Victoria - Monster updated**
**The Story Queen - updated Monster**
**Lucky Duck - updated Monster**
**Mao - updated Monsters**
**Monty**
**Princess Magica**
**Francisca Valentine - Updated Monster**
**Miss Margaret Moo - Updated Monster**
**Lucy Lacey Laurence - Updated Monster**
**Colette**
**Inherited Monster: Nanny**

Just to let you know, DeviantArt will delete an account that makes a false claim of ownership on content. Please be smart and think on this. Any attempt of harassment you send my way, such as you did with Staten, will be immediately forwarded to DeviantArt Admins.

Donold J. Elson

*ps - please leave me alone*

26 Comments

 **I literally didn't expect this.**
by DreamerDon
Journals / Personal ©2017-2018 DreamerDon

                   atch

**Cotton-CandyAnnie**

EDIT: I knew I forgot something... I've included it as a Post script

Add a Comment:



**monstermaster13**   Jan 26, 2018 ┊ Hobbyist Writer

I'm sorry that he acted this way towards you.

Reply

**Aritori**   Mar 28, 2017

I'm just stuck in the middle of all this...

Reply

> **DreamerDon** ☺   Mar 28, 2017 ┊ Hobbyist General Artist
>
> I'm terribly sorry.
>
> Reply

>> **Aritori**   Mar 28, 2017
>>
>> I just hear such scathing things for both sides... I wish this kind of drama didn't get so out of hand. 😞
>>
>> Reply

>>> **DreamerDon** ☺   Mar 28, 2017 ┊ Hobbyist General Artist
>>>
>>> I'm just glad it's subsided
>>>
>>> Reply

>>>> **Aritori**   Mar 30, 2017
>>>>
>>>> Same here. At least it calmed down.
>>>>
>>>> Reply

>>>>> **DreamerDon** ☺   Mar 30, 2017 ┊ Hobbyist General Artist
>>>>>
>>>>> So how have you been?
>>>>>
>>>>> Reply

>>>>>> **Aritori**   Mar 30, 2017
>>>>>>
>>>>>> Good!!
>>>>>>
>>>>>> Reply

>>>>>>> **DreamerDon** ☺   Mar 30, 2017 ┊ Hobbyist General Artist
>>>>>>>
>>>>>>> btw, April Fools is just around the corner... and I do have something for you...
>>>>>>>
>>>>>>> Reply

(1 Reply)

**LadyPlush**   Mar 28, 2017

"Good that I quit this site and I'm not involved in all of it"- Juliet"Midrgo" Roksan

Reply

> **DreamerDon** ☺   Mar 28, 2017 ┊ Hobbyist General Artist
>
> I hope Midrgo is doing well on her recovery...
>
> Reply

>> **LadyPlush**   Mar 28, 2017
>>
>> She is good, some few more weeks and I think that she will be completely cured
>>
>> Reply

>>> **DreamerDon** ☺   Mar 28, 2017 ┊ Hobbyist General Artist
>>>
>>> That's fantastic



Reply

**Cotton-CandyAnnie** 😊 Mar 28, 2017

Glad you've got your side of the story out there ^ ^

Reply

**DreamerDon** 😊 Mar 28, 2017 | Hobbyist General Artist

Yeah. His side is gone though.

Reply

**Cotton-CandyAnnie** 😊 Mar 28, 2017

Did he take it down???

Reply

**DreamerDon** 😊 Mar 28, 2017 | Hobbyist General Artist

don't know... I did report it

Reply

**Cotton-CandyAnnie** 😊 Mar 28, 2017

Likewiseeee

Reply

**DreamerDon** 😊 Mar 28, 2017 | Hobbyist General Artist

I'm just glad it's over even if its temporary

Reply

**Cotton-CandyAnnie** 😊 Mar 28, 2017

Yeah, agreed

Reply

**Cloth-King** Mar 28, 2017

This is...hard to truly grasp this in my own way. Bit nonetheless some issues need to be resolved.

Reply

**DreamerDon** 😊 Mar 28, 2017 | Hobbyist General Artist

Ultimately, I want Gottem to stop attacking me and both of them to leave me alone.

Reply

**Cloth-King** Mar 28, 2017

I see, due to these creatures. I mean I had silva come to me wanting to have some of my silkies involved, but I had to decline for I wish for them. It to be involved in well the diaper sort of thing due to my preference. He obliged and haven't had any trouble....a seeing this is sorta a shock.

Reply

**DreamerDon** 😊 Mar 28, 2017 | Hobbyist General Artist

I'm sorry that you got a shock like this and I'm truly sorry that it came down to fighting like this.

Reply

**Cloth-King** Mar 28, 2017

Ah, it's fine nothing too shocking really from what I csn guess.

Reply

Previous     Next

Add a Comment:

☺

©2018 DeviantArt. All rights reserved

About   Contact   Developers   Careers   Site Tour   Help & FAQ   Advertise   Core Members   Etiquette   Privacy Policy   Terms of Service   Copyright Policy