Donald J. Elson
761 Sundance Trl
Troy, IL 62294
dreamerdon86@gmail.com



U.S. MARSHALS
INSPECTED

WED 16:30 5654
FZ            03.12

Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, VA 22314
Attn: US District Clerk

**Photos - Do Not Bend / Photos – Ne pas plier**