

# United States District Court
## For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:18-cv-271

Name: Donald J. Elson

Address: 761 Sundance Trail

Troy, IL 62294-2085

Telephone Number: (314) 898-3732

Email Address: dreamerdon86@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: _____ Date: 4/5/2018

---

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                              (Date)

SAINT LOUIS MO 630

06 APR 2018 PM 4 L

Donold J. Elson
761 Sundance Trail
Troy, IL 62294-2085
Case 1:18-cv-271

Albert V. Bryan Courthouse
Attn: Clerk of Court
401 Courthouse Square
Alexandria, VA 22314

U.S. MARSHALS
INSPECTED

22314-570499