# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Northern Division

| | |
|---|---|
| DONOLD JAMES ELSON | ) |
| Plaintiff, | ) ) ) |
| v. | ) CivilAction No. 1:18 cv 271 LMB/JFA |
| JAMESON WILLIAM COLLINS | ) ) ) |
| Defendant | ) |

## AGREED ORDER FOR DISMISSAL

On April 24, 2018, Plaintiff Donold James Elson, pro se, and Defendant Jameson William Collins, by counsel, filed a Joint Motion to Dismiss this proceeding citing that the parties had entered into the Settlement and Release Agreement attached to the motion.

It appearing to the Court based on the representation of the parties that this case has been settled, this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Dated: April 24, 2018

/s/ _____
Leonie M. Brinkema
United States District Judge

We ask for this:

_____
Donold James Elson, Plaintiff
761 Sundance Trail
Troy, Illinois 62294
314-898-3732

_____
George L. Lyon, Jr., VA Bar No. 18740
Bergstrom Attorneys
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
202-669-0442